Case 7:14-cr-00836 Document 1 Filed in TXSD on 05/18/14

United States District Court
Southern District of Texas
FILED

MAY 18 2014

Clerk of Court

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Edgar Manuel INIGUEZ<br>DOB: 1994, Citizen of the United States<br><br>*Defendant(s)* | Case No. M-14-978-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 17, 2014___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Importing into the United States from Mexico approximately 9.80 kilograms of methamphetamine. |

This criminal complaint is based on these facts:

See Attachment "A"

Continued on the attached sheet.

_____
Complainant's signature

Cesar Robles, SA Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/18/2014

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Dorina Ramos
*Printed name and title*

## Attachment "A"

On May 17, 2014, at approximately 10:00 a.m., Edgar Manuel INIGUEZ, a United States Citizen, applied for admission to the United States through the Hidalgo, Texas Port of Entry (POE). INIGUEZ was driving a red 2001 Ford F-150 truck displaying Nuevo Leon, Mexico license plates WL98270.

In primary inspection, Customs and Border Protection Officer (CBPO) M. Grijalva obtained a negative oral declaration from INIGUEZ. A general query of the license plate on the vehicle yielded possible involvement in narcotics smuggling. INIGUEZ stated he was borrowing the truck from a friend and en route to work. CBPO M. Grijalva then referred the vehicle to secondary for further inspection.

In secondary CBPO E. Elvira obtained a second oral negative declaration from INIGUEZ. CBPO J. Garza noticed tampering on the driveshaft bolts of the vehicle. The vehicle was then taken to the Hidalgo POE lift area for a more intrusive inspection. The vehicle was lifted and CBPO E. Ponce was asked for a canine sweep of the undercarriage of vehicle which resulted in a positive alert to the drive shaft area of the vehicle.

The drive shaft was inspected and a white powdery substance was discovered which tested positive for characteristics of methamphetamine. The white powdery substance was extracted from the drive shaft and weighed. The total weight for the substance was 9.80 kilograms.

At approximately 12:50 p.m., on May 17, 2014, INIGUEZ waived his Miranda Rights and agreed to be interviewed by HSI Special Agent Cesar Robles. During the interview INIGUEZ stated he knew there were narcotics in the vehicle but didn't know the type or amount. INIGUEZ stated this was his first time transporting narcotics into the United States. INIGUEZ stated he was going to get paid approximately $1,600 U.S. dollars.